UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Albert Tito

    v.                              Case No. 18-cv-25-SM

State of New Hampshire, et al.

## O R D E R

After due consideration of plaintiff's response to the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 16, 2018 (Doc. No. 60), for the reasons set forth therein, the court approves that Report and Recommendation. The request for a preliminary injunction in Document No. 6, plaintiff's motion for expedited ruling or a hearing (Doc. No. 9), and plaintiff's motion for a preliminary injunction (Doc. No. 2) are denied, without prejudice to plaintiff's ability to file a new motion for a preliminary injunction, if circumstances warrant such relief. Plaintiff's motion to withdraw his preliminary injunction motion (Doc. No. 64), plaintiff's motion to reinstate the preliminary injunction motion (Doc. No. 66), and plaintiff's motion to disregard the preliminary injunction motion (Doc. No. 69) are all denied as moot. Plaintiff's motion for a "protective order" to keep him safe (Doc. No. 65) is denied without prejudice, as the record

does not show that the injunctive relief requested (an order keeping the New Hampshire State Prison defendants away from plaintiff) is necessary to avoid any risk of irreparable harm to plaintiff at this time.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

May 7, 2018

cc: Albert Tito, pro se
    Anthony Galdieri, Esq.