UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alberto Tito

   v.                                                            Case No. 18-cv-25-SM

State of New Hampshire, et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 15, 2018, for the reasons set forth therein. Plaintiff's Claims 8, 9, 12 through 18 are hereby dismissed from this case for failure to state a claim upon which relief can be granted. Except for defendants Boffitto, Caruso, Lydick, T. Miller, Salse, Young and Zenk, all remaining defendants are hereby dropped from this action. The clerk's office shall terminate "John Does 1-4" from this action.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.

1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Steven J. McAuliffe
United States District Judge

Date: November 27, 2018

cc: Albert Tito, pro se
    Anthony Galdieri, Esq.
    Lawrence Edelman, Esq.